United States District Court
Southern District of Texas
FILED
JUN 2 0 2005
Michael N. Milby, Clerk
Laredo Division

United States District Court
Southern District of Texas
ENTERED
JUN 2 0 2005
Michael N. Milby, Clerk
Laredo Division

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| VS. | * | CRIMINAL NO. L-04-917 |
| | * | CIVIL ACTION NO. L-05-141 |
| JORGE LUIS VIDAL-VASQUEZ | * | |

## MEMORANDUM

This Defendant has filed a §2255 motion attacking his 2004 conviction for illegal return after deportation. Defendant was sentenced on September 9, 2004. He took an appeal to the Fifth Circuit. That court dismissed his appeal for a want of prosecution on November 29, 2004.

The instant motion invokes the Supreme Court decision <u>United States v. Booker</u>, 125 S.Ct. 738 (2005). The Fifth Circuit has held that <u>Booker</u> is not retroactive. <u>In re Elwood</u>, --F.3d--, 2005 WL 976998 (5th Cir. 2005). Accordingly, <u>Booker</u> does not afford any relief to this Defendant.

Likewise, Defendant contends that the constitutional question in <u>Almendarez-Torres v. United States</u>, 523 U.S. 224 (1998) was incorrectly decided. However, only the Supreme Court can overrule that decision and it has not done so. Unless and until it does, the decision remains binding on this Court.

This motion has no merit and must be DISMISSED.

DONE at Laredo, Texas, this 16th day of June, 2005.

_____
George P. Kazen
United States District Judge